UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 12, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JENALYN STEWART,

Defendant.

Case No. 2:26-cr-00211-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JENALYN STEWART, Case No. 2:26-cr-00211-AC, Charge 18 USC 611, from custody for the following reasons:

X Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____________________

____ Unsecured Appearance Bond $ ____________________

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a ____ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 12, 2026 at 3:00 PM.

By: ____________________

Magistrate Judge Allison Claire